AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| Jimmie Ray Morrow (1) | ) |
| Stephanie Primeaux (2) | )   4:17MJ007 |
| Maxim McDermott (3) | ) |
|  | ) |
| *Defendant(s)* | ) |

**FILED JAN 12 2017 Clerk, U.S. District Court Texas Eastern**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 6, 2016__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) and (d) | Armed Bank Robbery |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Robert A. Christian
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/12/2017  3:10 pm__

*Judge's signature*

City and state: __Sherman, Texas__     Christine A. Nowak, U. S. Magistrate Judge
*Printed name and title*